UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
August 29, 2016
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES OF AMERICA,         )
                                  )   Case No. 2:16-po-00143-EFB
         Plaintiff,               )
v.                                )
                                  )   ORDER FOR RELEASE OF
SHANDA M. CAMPOS,                 )   PERSON IN CUSTODY
                                  )
         Defendant.               )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release, SHANDA M. CAMPOS, Case No. 2:16-po-00143-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

　_X_　Release to Wellspace treatment facility

　___　Bail Posted in the Sum of: $

　　　___　Co-Signed Unsecured Appearance Bond

　　　___　Secured Appearance Bond

　　　_X_　(Other) <u>Conditions as stated on the record.</u>

　　　_X_　(Other) <u>The Defendant is ordered released to the custody of the Pretrial Services Officer on 8/30/2016 at 9:00 a.m.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  8/29/2016  at  10:17 a.m.

By _____
Edmund F. Brennan
United States Magistrate Judge