HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. ALLISON, #179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
linda.allison@fd.org

Attorney for Defendant
SHANDRA M. CAMPOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  2:16-po-00143 EFB |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF RELEASE |
| vs. | ) ) | |
| SHANDRA M. CAMPOS, | ) | Judge: Hon. Edmund F. Brennan |
| Defendant. | ) ) ) | |

It is hereby stipulated and agreed between the Plaintiff, United States of America, through its attorney Justin L. Lee and the Defendant, Shandra M. Campos, through her attorney, Linda C. Allison, that the Court modify the Conditions of Release to allow Ms. Campos to move from WellSpace to New Start, a recovery community in Sacramento.  The pretrial services officer, Steve Sheehan, supports this request.

Ms. Campos was arraigned in this case on July 19, 2016.  She was ordered detained at that time.  At a bail review hearing on August 29, 2016, Ms. Campos was ordered released to WellSpace for an inpatient substance abuse treatment program.  She was actually released to the program the following day, on August 30, 2016.  It was anticipated that the program would last for 90 days.  She has been doing very well at the inpatient program and efforts began shortly after she arrived there to try and arrange the next step.  The search has been hampered because Ms. Campos' application for social security disability benefits is still being reviewed.  A space

has opened for her with New Start, a recovery community that provides clean and sober living environments in Sacramento.  This program is administered from the Delaney Center at Loaves and Fishes.  Ms. Campos has been on the waiting list for a space there and if she does not immediately take this space it could be many weeks before there is another opening.   Defense counsel has spoken with our social worker, the pretrial services officer, the counselor at WellSpace and the AUSA, Justin Lee.  All agree that Ms. Campos should leave WellSpace a little early (she would be finished with the program in any case at the end of the month) in order to take this space at New Start.  Outpatient counseling at WellSpace would still be available to Ms. Campos after she moves.  The New Start location will be close to WellSpace.

Ms. Campos will be transported from WellSpace to the New Start house by the social worker from the Office of the Federal Defender.

It is specifically requested that her conditions of release be modified to allow Ms. Campos to move from WellSpace, an inpatient treatment facility, to New Start, a recovery community in Sacramento, and that any further changes in residence only occur with the advance approval of her pretrial services officer.[1]

Dated:  November 17, 2016                     HEATHER E. WILLIAMS
                                              Federal Defender


                                              /s/ LINDA C. ALLISON
                                              LINDA C. ALLISON
                                              Assistant Federal Defender
                                              Attorney for Defendant
                                              SHANDRA M. CAMPOS

Dated:  November 17, 2016                     /s/ JUSTIN LEE
                                              JUSTIN LEE
                                              Assistant U.S. Attorney
                                              Attorney for Plaintiff

---

[1] New Start is administered through the Delaney Center at Loaves and Fishes on C Street, the program provides clean and sober housing at several locations in Sacramento.  Ms. Campos is being placed in a neighborhood near the WellSpace facility as that is where space is available.  It is ideal since she will be able to easily get to WellSpace for outpatient counseling.

STIP TO MODIFY RELEASE                    -2-        *U.S. v. SHANDRA M. CAMPOS, 16-po-00143*
                                                                                         *EFB*

ORDER

The Court orders Shandra M. Campos' Conditions of Release be modified to allow Ms. Campos to move from WellSpace, an inpatient treatment facility, to New Start, a recovery community in Sacramento and that any further changes in residence only occur with the advance approval of her pretrial services officer.

**IT IS SO ORDERED.**

Dated: November 18, 2016

                                            HON. EDMUND F. BRENNAN
                                            U.S. Magistrate Judge